IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:05-CR-80-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DUANE SCOTT SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's request for termination of supervised release [D.E. 30] (and include the position of the U.S. Probation Office) not later than February 18, 2026.

SO ORDERED. This 9 day of January, 2026.

JAMES C. DEVER III
United States District Judge