IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:05-CR-80-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DUANE SCOTT SMITH, )<br>)<br>Defendant. ) | **ORDER** |

For the reasons stated in the United States' response in opposition [D.E. 33] and probation's opposition [D.E. 33-1], the court DENIES defendant's motion for early termination of supervised release [D.E. 30].

SO ORDERED. This 16 day of January, 2026.

JAMES C. DEVER III
United States District Judge